# United States District Court
# Western District of North Carolina
# Charlotte Division

FILED
CHARLOTTE, N.C.
DEC 18 2000
U.S. DISTRICT COURT
W. DIST. OF N.C.

EDWARD ANDERSON,

    Plaintiff(s),

vs.

GARBAGE DISPOSAL SERVICE, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:00-CV-294-MU

DECISION BY COURT. This action having come before the Court by Motion and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is hereby entered in accordance with the Court's 12/18/00 Order.

December 18, 2000

FRANK G. JOHNS, CLERK

BY: *Betsy Wallace*
Betsy Wallace, Deputy Clerk